UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITEED STATES OF AMERICA,

       Plaintiff,

       v.

$530,838.57 UNITED STATES CURRENCY
SEIZED FROM JP MORGAN CHASE
BANK, N.A. TOTAL BUSINESS CHECKING
ACCOUNT ENDING IN 1033, HELD IN THE
NAME OF ALLURE TECHNICAL SERVICE, INC.,

       Defendants.
_____

22-CV-
Request for Arrest Warrant
in Rem Cover Sheet

[x] The property *is* in the government's possession, custody, or control.

    The United States of America respectfully requests that the Clerk to issue a warrant of arrest in rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Date: November 17, 2022                         *s/*JAMES P. KENNEDY
                                                                          Assistant United States Attorney